[Criminal No. 635.  Filed April 25, 1927.]

[255 Pac. 1118.]

W. K. MOSS, Appellant, v. STATE, Respondent.

Mr. Thomas J. Croaff, for Appellant.

Mr. John W. Murphy, Attorney General, for the State.

PER CURIAM.—The defendant, Moss, appealed from a judgment of conviction of transporting intoxicating liquors, and caused the record thereof to be filed with the clerk of this court on November 17, 1925.  He has done nothing towards prosecuting the appeal.  An examination of the information, the evidence, and the court's instructions satisfies us that defendant had a fair trial and that the conviction should be affirmed.  It is so ordered.